BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
MICHELE M. BECKWITH
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:14-CR-0135 MCE |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] PROTECTIVE ORDER** |
| BRANDON LAMONT WALTON, | |
| Defendant. | |

Plaintiff United States of America, by and through its attorneys of record, and defendant Brandon Lamont Walton, by and through his counsel of record, hereby stipulate as follows:

1. The discovery in this case is voluminous, and portions of the discovery contain personal information including, but not limited to victims' names or other information that makes their identity readily apparent, residential addresses, social security numbers, telephone numbers, and email addresses (hereinafter "Protected Information").

2. In the absence of a protective order, numerous redactions would be necessary to avoid the unauthorized disclosure or dissemination of Protected Information to individuals not party to the court proceedings in this matter.

3. By this stipulation, the parties jointly request that the Court issue a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure and its general supervisory authority.

4. The Protective Order applies to all discovery containing Protected Information. Discovery that does not contain Protected Information is not subject to the Protective Order.

5. Defense counsel shall not give documents that contain Protected Information (or copies of such documents) to any person other than the defendant, the defendant's spouse, counsel's staff, contractor(s), investigator(s), or retained expert(s). The terms "staff," "contractor," "investigator," and "expert" shall not be construed to describe any defendant or other person not: (1) regularly employed by counsel, or (2) hired by counsel as an independent contractor to work exclusively on this case, (3) licensed as an investigator, or (4) retained as an expert. The defendant, the defendant's spouse, and defense counsel's staff, contractor(s), investigator(s), and expert(s) shall not remove documents from defense counsel's office, or in the event such documents are reviewed while a defendant is in custody, shall return all documents to defense counsel's office and possession following any review and immediately after defense counsel's, counsel's staff, contractor(s), investigator(s), or retained expert(s) departure from the place of confinement. In addition, the defendant, the defendant's spouse, and defense counsel's staff, contractor(s), investigator(s), and expert(s) shall not give documents that contain Protected Information (or copies of such documents) to any person. Copies of documents in which Protected Information has been redacted may be given to outside parties. In addition, all filings in which Protected Information is contained shall be made in accordance with Federal Rule of Criminal Procedure 49.1.

///

///

///

///

6. Nothing in this stipulation will be construed to prevent defense counsel, counsel's staff, contractor(s), investigator(s), or expert(s) a reasonable opportunity to prepare.

IT IS SO STIPULATED.

Dated: July 29, 2014                              Respectfully Submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney

By:  */s/ Kyle Reardon*
     KYLE REARDON
     Assistant U.S. Attorney

Dated: July 29, 2014                              */s/ Kyle Reardon* for
                                        MICHAEL LONG
                                        Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:14-CR-0135 MCE |
| Plaintiff, | ) | |
| v. | ) | **PROTECTIVE ORDER** |
| BRANDON LAMONT WALTON, | ) | |
| Defendant. | ) | |

Pursuant to the stipulation of the parties, the proposed protective order is APPROVED AND SO ORDERED.

Dated:  July 29, 2014

Dad1.crim
Walton0135.stip.proto.docx

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE