BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:14-CR-135 MCE |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| BRANDON LAMONT WALTON, | DATE: September 4, 2014 |
| Defendant. | TIME: 9:00 a.m. COURT: Hon. Morrison C. England, Jr. |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for status on September 4, 2014.

2.     By this stipulation, defendant now moves to continue the status conference until October 2, 2014, and to exclude time between September 4, 2014, and October 2, 2014, under Local Code T4.

3.     The parties agree and stipulate, and request that the Court find the following:

a)     The government has represented that the discovery associated with this case includes several hundreds of pages of documents, including investigative reports, phone records, and documents obtained via subpoena.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

///

b)      Counsel for defendant desires additional time to review the discovery, consult with his client, to conduct investigation and research related to the charges, and to otherwise prepare for trial, if necessary.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 4, 2014 to October 2, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4         IT IS SO STIPULATED

5

6  Dated:  August 28, 2014                    BENJAMIN B. WAGNER
                                             United States Attorney

7

8                                            /s/ MICHELE BECKWITH
                                             MICHELE BECKWITH
9                                            Assistant United States Attorney

10

11 Dated:  August 29, 2014                   /s/ Michael D. Long
                                             Michael D. Long
12                                           Counsel for Defendant
                                             Brandon Lamont Walton

13

14

15

16                                  **ORDER**

17         IT IS SO ORDERED.

18 Dated:  September 2, 2014

19

20                                           _____
                                             MORRISON C. ENGLAND, JR., CHIEF JUDGE
21                                           UNITED STATES DISTRICT COURT

22

23

24

25

26

27

28