BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>BRANDON LAMONT WALTON,<br><br>                              Defendant. | CASE NO.  2:14-CR-00135 MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: May 7, 2015<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on May 7, 2015.

2.      By this stipulation, defendant now moves to continue the status conference until August 20, 2015, and to exclude time between May 7, 2015, and August 20, 2015, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes several hundreds of pages of documents, including investigative reports, phone records, and documents obtained via subpoena.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

        b)      Counsel for Mr. Walton is presently scheduled to be in another trial throughout

the month of May.  Defense counsel needs additional time to investigate the charges and his defenses thereto, and to prepare pretrial motions and otherwise prepare for trial.

c)    Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)    The government does not object to the continuance.

e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 7, 2015 to August 20, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///
///

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  May 5, 2015                                    BENJAMIN B. WAGNER
                                                       United States Attorney


                                                       /s/ MICHELE BECKWITH
                                                       MICHELE BECKWITH
                                                       Assistant United States Attorney


Dated:  May 5, 2015                                    /s/ MICHAEL D. LONG
                                                       MICHAEL D. LONG
                                                       Counsel for Defendant
                                                       BRANDON LAMONT WALTON

**ORDER**

IT IS SO ORDERED.

Dated:  May 8, 2015

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT