Michael D. Long, SBN 149475
901 "H" Street, Suite 301
Sacramento, California 95814
Telephone: (916) 201-4188
Email: mike.long.law@msn.com

Attorneys for Defendant
BRANDON WALTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 14-135 MCE |
|---|---|---|
| Plaintiff, | ) | **EX PARTE APPLICATION TO SEAL DECLARATION OF MICHAEL LONG** |
| v. | ) | |
| BRANDON WALTON, | ) | |
| Defendant. | ) | |

PLEASE TAKE NOTICE that defendant Brandon Walton moves the Court for an order sealing the Declaration of Michael Long in support of the request to appoint Dustin Johnson as second counsel. The declaration has been lodged with the Court under seal.

///
///
///
///
///
///
///
///
///

Ex Parte App to Seal Declaration and Order          1          2:12-CR-135 MCE

The application will be made upon the grounds that good cause exists to file the declaration under seal. The application contains information that is protected by the attorney-client privilege and the failure to seal the application would impinge upon Mr. Walton's constitutional rights.

**ORDER**

Good cause appearing, the Court hereby orders sealed the declaration of Michael Long in support of the request to appoint Dustin Johnson as second counsel.

IT IS SO ORDERED.

Dated: January 11, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT