Michael D. Long, SBN 149475
**901** "H" Street, Suite 301
Sacramento, California 95814
Telephone: (916) 201-4188
Email:  mike.long.law@msn.com

Attorneys for Defendant
BRANDON WALTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 14-135 MCE |
| Plaintiff, | **EX PARTE APPLICATION FOR ORDER APPOINTING SECOND COUNSEL AND ORDER** |
| v. | |
| BRANDON WALTON, | |
| Defendant. | |

    Defendant Brandon Walton, by and through his attorney of record, Michael Long, respectfully moves the Court, pursuant to the Fifth Amendment guarantee of due process of law, the Sixth Amendment right to effective assistance of counsel, and Section 220.10 of the CJA Guidelines for the Appointment of Counsel, from the Administrative Office of the United States Courts, for an order permitting a second attorney to be appointed to assist in the representation of Brandon Walton.  The CJA Guidelines, § 220.10, Timely Appointment of Counsel (http://www.uscourts.gov/FederalCourts/ AppointmentOfCounsel/CJAGuidelinesForms/vol7PartA/vol7PartAChapter2.aspx#220_10), provides as follows:

> "… a person financially eligible for representation should be provided with counsel as soon as feasible after being taken into custody, when first appearing before the court or U.S. magistrate judge, when formally charged, or when otherwise entitled to counsel under the CJA, whichever occurs earliest."

1  CJA Guideline § 230.53 allows the Court to appoint an additional attorney in an extremely
2  difficult or complex case, such as this one.  Counsel requests that the court grant the request for
3  second counsel for the facts and reasons set forth in the declaration filed under seal.
4  Dated:  January 7, 2016.

By   /s/ Michael D. Long
       MICHAEL D. LONG

**ORDER**

Good cause appearing, Dustin Johnson is appointed as second counsel in the above captioned case. Said appointment is made under the CJA Act Guideline §230.53.

IT IS SO ORDERED.

Dated: January 11, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT