PHILLIP A. TALBERT
Acting United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:14-CR-00135 MCE |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| BRANDON WALTON, | DATE: May 19, 2016 |
| Defendant. | TIME: 10:00 a.m. COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on May 19, 2016.

2.      By this stipulation, defendants now move to continue the status conference until July 28, 2016, and to exclude time between May 19, 2016, and July 28, 2016, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes recorded interviews, cell phone records, subpoena returns, and reports of investigation. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Counsel for defendant is waiting to receive more funding for an investigator so

that he can continue to investigate the charges in this case.  Additionally, the government anticipates that it will conduct additional witness interviews, the substance of which will be disclosed to defense counsel and will likely be critical for trial preparation.  Accordingly, he needs additional time to review discovery, conduct investigation, and to otherwise prepare for trial, if necessary.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 19, 2016 to July 28, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///

1      4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4      IT IS SO STIPULATED.

5  Dated:  May 13, 2016                PHILLIP A. TALBERT
                        Acting United States Attorney

7                        /s/ MICHELE BECKWITH
                        MICHELE BECKWITH

8                        Assistant United States Attorney

10  Dated:  May 13, 2016                /s/ MICHAEL D. LONG
                        MICHAEL D. LONG

11                        Counsel for Defendant
                        Brandon Walton

**ORDER**

IT IS SO ORDERED.

Dated:  May 17, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE