MICHAEL D. LONG
Attorney at Law
California State Bar Number 149475
901 H Street, Suite 301
Sacramento, CA 95814
Telephone:  (916) 201-4188
Facsimile:  (916) 442-8299
Email: mike.long.law@msn.com

Attorney for Defendant
BRANDON WALTON

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BRANDON WALTON.<br><br>　　　　　Defendant | Case No.:  Cr.S-14-135 MCE<br><br>**REQUEST TO FILE UNDER SEAL EXHIBITS TO THE OBJECTIONS TO THE PRESENTENCE REPORT; PROPOSED ORDER (OBJECTIONS ECF 46)**<br><br>**Judge:  MORRISON C. ENGLAND** |

**TO:  THE HONORABLE** Morrison C. England, Judge of the United States District Court, Eastern District of California:

　　　　Pursuant to Local Rule 141, undersigned counsel is requesting that Exhibits A through Q be filed under seal.  The exhibits are federal and state police reports, cell phone records, escort ads posted for the victim by the defendant (Ex. D) and also by the named victim herself (Ex. O), and one exhibit of personal information concerning the defendant (Ex. Q).  In lieu of heavily redacting the reports, phone records and advertisements, and to protect the privacy rights of the victim and other persons, the defense requests permission to file the exhibits under seal.  The records would then be available to the appellate courts if any review of the sentencing were

necessary.  The court has discretion to weigh the need for secrecy against the public's right to access.  In re National Broadcasting Company, 653 F.2d 609, 613 (D.C. Cir. 1981).

The contents of each of the exhibits A through Q are described below, just as they are described in the declaration of undersigned counsel attached to the formal objections to the pre-sentence report.  (ECF 46, pages 24 through 26.)

The original copies of each of the exhibits A through Q have previously been provided to AUSA Beckwith and USPO Chavez.

1. Exhibit "A" is a true and correct copy of SB's 7/19/13 telephonic interview by FBI SA Dilland, Bates pages 711-712.

2. Exhibit "B" is a true and correct copy of the "missing person report" filed by RB on 7/4/13 with the Marysville Police Department (5 pages).

3. Exhibit "C" is a true and correct copy of the phone records for SB's cell phone xxx-xxx-8127 (as the entire file is 239 pages, only pages 539 and 550, have been produced in this exhibit).

4. Exhibit "D" is a true and correct copy of the Backpage.com and MyRedBook.com on-line advertisements for SB, Bates pages 164, 259, 451, 453 and 462.

5. Exhibit "E" is a true and correct copy of a police summary of RB's call to 9-1-1 on 7/14/13 at 10:43pm.

6. Exhibit "F" is a true and correct copy of the Midland, Texas report, including the Computer Aided Dispatch report.

7. Exhibit "G" is a true and correct copy of pages 410 through 427 and 431 through 436 of Det. Teske's Snohomish County (WA) Sheriff's Report, including Det. Teske's summary of his 7/25/13 recorded interview of SB.

8. "H" skipped on purpose.

9. Exhibit "I" is a true and correct copy of Det. Teske's handwritten notes from his interview of SB.

10. Exhibit "J" is a true and correct copy of FBI SA's own summary of Det. Teske's 7/25/13 recorded interview of SB.

11. "K" skipped on purpose.

12. Exhibit "L" is a true and correct copy of the phone records for July 14-16, 2013, for the "trick" phone 808-212-4532 used by SB while in Midland, Texas.

13. Exhibit "M" is a true and correct copy of the 132-page transcript of the July 25, 2013, statement under oath SB gave to Det. Teske.

14. Exhibit "N" is a true and correct copy of the December 19, 2015, Everett Police Report filed by SB's victim, Mr. Pruitt.

15. Exhibit "O" is a true and correct copy of examples of the numerous online escort ads personally posted by SB on CallEscort.Org and EscortAds.xxx. SB posted many photographs of herself in these escort ads and she used her own cell phone number in each of the escort ads.

16. Exhibit "P" is a true and correct copy of the Snohomish County court records for RB's 1996 second degree promoting prostitution conviction.

17. Exhibit "Q" includes Mr. Walton's high school transcript and grades, his Iron Workers Local 377 card, his field iron workers apprenticeship and training program form, his welding certification, and his certified weld test report.

Dated: December 29, 2016

Respectfully submitted,

*Michael D. Long*
By: Michael D. Long
Attorney for Defendant
BRANDON WALTON

**MICHAEL D. LONG**
Attorney at Law
California State Bar Number 149475
901 H Street, Suite 301
Sacramento, CA 95814
Telephone: (916) 201-4188
Facsimile: (916) 442-8299
Email:         mike.long.law@msn.com

Attorney for Defendant
BRANDON WALTON

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BRANDON WALTON.<br><br>　　　　Defendant | Case No.:  Cr.S-14-135 MCE<br><br>**ORDER TO FILE UNDER SEAL THE EXHIBITS TO THE PRE-SENTENCE REPORT** |

　　　　Pursuant to Local Rule 141(b) and based upon the representation contained in Defendant's Request to Seal, it is hereby ordered that each of the exhibits to Defendant's objections to the pre-sentence report shall be SEALED until further order of this Court.

　　　　It is further ordered that access to the sealed documents shall be limited to the government and counsel for the defendant.

///

///

///

///

///

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in Defendant's request, sealing the exhibits pursuant to U.S.S.G 5k1.1 serves a compelling interest.  The Court further finds that, in the absence of closure, the compelling interests identified by the Defendant would be harmed.  In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing the exhibits pursuant to U.S.S.G 5k1.1 that would adequately protect the compelling interests identified by the Defendant.

   IT IS SO ORDERED.

**Dated:  January 4, 2017**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE