PHILLIP A. TALBERT
United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-135 MCE |
| Plaintiff, | |
| v. | ORDER RE: UNSEALING OF DOCUMENTS |
| BRANDON WALTON, | **UNDER SEAL** |
| Defendant. | |

**ORDER**

IT IS HEREBY ORDERED that the warrant for the arrest of a witness and the affidavit underlying the warrant in the above-entitled proceeding shall be unsealed.

Dated: January 27, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE