MICHAEL D. LONG
Attorney at Law
California State Bar Number 149475
901 H Street, Suite 301
Sacramento, CA 95814
Telephone: (916) 201-4188
Facsimile: (916) 442-8299
Email: mike.long.law@msn.com

Attorney for Defendant
BRANDON WALTON

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BRANDON WALTON.<br><br>　　　　　Defendant | Case No.: Cr.S-14-135 MCE<br><br>**REQUEST TO FILE UNDER SEAL EXHIBITS TO THE OBJECTIONS TO THE PRESENTENCE REPORT; ORDER (OBJECTIONS ECF 46)**<br><br>Judge:  MORRISON C. ENGLAND |

　　　　TO:  THE HONORABLE Morrison C. England, Judge of the United States District Court, Eastern District of California:

　　　　Pursuant to Local Rule 141, undersigned counsel is requesting that Exhibits R through U be filed under seal.  The exhibits cell phone records of the victim (Exhibit R) and cell phone records of the "trick flip phone" (Exhibits S, T and U) that show the victim's mother's phone number, her grandmother's phone number, as well as other phone numbers of the victim's family and friends.  I received each of these exhibits in discovery from the government.  I have provided Exhibits R, S, T and U to the government in preparation for this sentencing hearing.  Onn January 29, 2017, I exchanged emails with AUSA Beckwith about the issue of whether or not to file the four exhibits under seal.  AUSA Beckwith indicated that the government would prefer that the exhibits be filed under seal due to the personal identifying information contained

in the phone records.  Thus, to protect the privacy rights of the victim and other persons, the defense requests permission to file the exhibits under seal.  The records would then be available to the appellate courts if any review of the sentencing were necessary.  The court has discretion to weigh the need for secrecy against the public's right to access.  In re National Broadcasting Company, 653 F.2d 609, 613 (D.C. Cir. 1981).

1. Exhibit "R" is a true and correct copy of SB's phone records from June 1, 2013 through July 21, 2013, Bates pages 470-708.

2. Exhibit "S" is a true and correct copy of the trick phone number 925-270-9705, from July 6 through July 10, 2013. (30 pages).

3. Exhibit "T" is a true and correct copy of the trick phone number 713-853-7237, from July 13 through July 14, 2013. (3 pages).

4. Exhibit "U" is a true and correct copy of the trick phone number 713-853-7237, from July 14 through July 16, 2013. (7 pages).

Dated:  January 29, 2017                    Respectfully submitted,

*Michael D. Long*
By: Michael D. Long
Attorney for Defendant
BRANDON WALTON

MICHAEL D. LONG
Attorney at Law
California State Bar Number 149475
901 H Street, Suite 301
Sacramento, CA 95814
Telephone: (916) 201-4188
Facsimile: (916) 442-8299
Email: mike.long.law@msn.com

Attorney for Defendant
BRANDON WALTON

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

United States of America,

    Plaintiff,

  vs.

BRANDON WALTON.

    Defendant

Case No.: Cr.S-14-135 MCE

**ORDER TO FILE UNDER SEAL THE EXHIBITS TO THE PRE-SENTENCE REPORT**

**ORDER**

Pursuant to Local Rule 141(b) and based upon the representation contained in Defendant's Request to Seal, it is hereby ordered that exhibits R, S, T and U shall be SEALED until further order of this Court.  It is further ordered that access to the sealed documents shall be limited to the government and counsel for the defendant.

///

///

///

///

///

///

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in Defendant's request, sealing the exhibits serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the Defendant would be harmed. In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing Exhibits R, S, T and U that would adequately protect the compelling interests identified by the Defendant.

IT IS SO ORDERED.

Dated:  February 1, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE