MICHAEL D. LONG
Attorney at Law
California State Bar Number 149475
901 H Street, Suite 301
Sacramento, CA 95814
Telephone:  (916) 201-4188
Facsimile:   (916) 442-8299
Email: mike.long.law@msn.com

Attorney for Defendant
BRANDON WALTON

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States of America,<br><br>         Plaintiff,<br><br>     vs.<br><br>BRANDON WALTON.<br><br>         Defendant | Case No.:  Cr.S-14-135 MCE<br><br>**REQUEST TO FILE UNDER SEAL EXHIBITS FOR THE 1 31 2017 SENTENCING EVIDENTIARY HEARING; ORDER**<br><br>Judge:  MORRISON C. ENGLAND |
|---|---|

TO:  THE HONORABLE Morrison C. England, Judge of the United States District Court, Eastern District of California:

Pursuant to Local Rule 141, undersigned counsel is requesting that Exhibit V be filed under seal.  The exhibit is three pages of the named victim's "Tagged.com" social media website, which was the website through which the defendant and the named victim met.  The Tagged.com records contain phone numbers and personal identifying information of the named victim in this case. Page 1 of the exhibit is the victim's profile.  Pages 91 and 92 are messages sent between the victim and the defendant.  The victim's messages with several other persons are also in the attached pages in Exhibit V.  To protect the privacy rights of the victim and other persons, the defense requests permission to file the exhibits under seal.  The records would then be available to the appellate courts if any review of the sentencing were necessary.  The court has

discretion to weigh the need for secrecy against the public's right to access.  In re National Broadcasting Company, 653 F.2d 609, 613 (D.C. Cir. 1981).

1. Exhibit "V" is a true and correct copy of pages 1, 91 and 92 of victim SB's "Tagged.com" social media records that the defense received in discovery from the government.  The Tagged.com records are printed from on Disc Bates number 406.

Dated:  January 30, 2017

Respectfully submitted,

*Michael D. Long*
By: Michael D. Long
Dustin Johnson
Attorneys for Defendant
BRANDON WALTON

MICHAEL D. LONG
Attorney at Law
California State Bar Number 149475
901 H Street, Suite 301
Sacramento, CA 95814
Telephone: (916) 201-4188
Facsimile: (916) 442-8299
Email:       mike.long.law@msn.com

Attorney for Defendant
BRANDON WALTON

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>           Plaintiff,<br><br>     vs.<br><br>BRANDON WALTON.<br><br>           Defendant | Case No.: Cr.S-14-135 MCE<br><br>**ORDER TO FILE UNDER SEAL THE EXHIBITS TO THE PRE-SENTENCE REPORT** |

**ORDER**

Pursuant to Local Rule 141(b) and based upon the representation contained in Defendant's Request to Seal, it is hereby ordered that Exhibit V identified above shall be SEALED until further order of this Court. It is further ordered that access to the sealed documents shall be limited to the government and counsel for the defendant.

///

///

///

///

///

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in Defendant's request, sealing Exhibit V serves a compelling interest.  The Court further finds that, in the absence of closure, the compelling interests identified by the Defendant would be harmed.  In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing Exhibit V that would adequately protect the compelling interests identified by the Defendant.

IT IS SO ORDERED.

Dated:  February 1, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE