MICHAEL D. LONG
Attorney at Law
California State Bar Number 149475
901 H Street, Suite 301
Sacramento, CA 95814
Telephone:  (916) 201-4188
Facsimile:  (916) 442-8299
Email: mike.long.law@msn.com

Attorney for Defendant
BRANDON WALTON

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>BRANDON WALTON.<br><br>Defendant | Case No.: Cr.S-14-135 MCE<br><br>**REQUEST TO FILE UNDER SEAL EXHIBITS W and Y TO THE OBJECTIONS TO THE PRESENTENCE REPORT; ORDER**<br><br>**Judge:  MORRISON C. ENGLAND** |

TO:  THE HONORABLE Morrison C. England, Judge of the United States District Court, Eastern District of California:

Pursuant to Local Rule 141, undersigned counsel is requesting that Exhibits W and Y be filed under seal.  The exhibits both contain the victim's name.  I received Exhibits W and Y from the Government in discovery, then I provided Exhibits W and Y to the government in preparation for the January 31, 2017, sentencing hearing.  To protect the privacy rights of the victim and other persons, the defense requests permission to file the Exhibits W and Y under seal.  The records would then be available to the appellate courts if any review of the sentencing

were necessary. The court has discretion to weigh the need for secrecy against the public's right to access. In re National Broadcasting Company, 653 F.2d 609, 613 (D.C. Cir. 1981).

1. Exhibit "W" is a true and correct copy of the one paragraph summary of SB's January 30, 2017, interview with AUSA Michele Beckwith and Sacramento Police Detective Derek Stigerts.

2. Exhibit "Y" is a true and correct copy of the "Testimonial Immunity" agreement, addressed to SB's court-appointed attorney, Dennis Waks, and signed by AUSA Michele Beckwith, pursuant to which SB testified at the January 31, 2017, evidentiary hearing.

Dated: February 17, 2017

Respectfully submitted,

<u>Michael D. Long</u>
By: Michael D. Long
Attorney for Defendant
BRANDON WALTON

**MICHAEL D. LONG**
Attorney at Law
California State Bar Number 149475
901 H Street, Suite 301
Sacramento, CA 95814
Telephone: (916) 201-4188
Facsimile: (916) 442-8299
Email:         mike.long.law@msn.com

Attorney for Defendant
BRANDON WALTON

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.: Cr.S-14-135 MCE |
| Plaintiff, | ) **ORDER TO FILE UNDER SEAL THE EXHIBITS TO THE PRE-SENTENCE REPORT** |
| vs. | ) |
| BRANDON WALTON. | ) |
| Defendant | ) |

## ORDER

Pursuant to Local Rule 141(b) and based upon the representation contained in Defendant's Request to Seal, it is hereby ordered that Exhibits W and Y identified above shall be SEALED until further order of this Court. It is further ordered that access to the sealed documents shall be limited to the government and counsel for the defendant.

///

///

///

///

///

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in Defendant's request, sealing Exhibits W and Y serves a compelling interest.  The Court further finds that, in the absence of closure, the compelling interests identified by the Defendant would be harmed.  In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing Exhibits W and Y that would adequately protect the compelling interests identified by the Defendant.

IT IS SO ORDERED.

**Dated:  February 21, 2017**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE