**LAW OFFICE OF MICHAEL D. LONG**
901 H Street, Suite 301
Sacramento, CA  95814
mike.long.law@msn.com
(916) 201-4188

April 30, 2020

To:     Judge Morrison C. England, Jr.
        United States District Court Judge

From:   Michael D. Long

Re:     Request For Appointment Of CJA Counsel

It is requested that advance authority be granted to obtain services under the Criminal Justice Act (Title 18 U.S.C. 3006A) as follows:

| | |
|---|---|
| CASE NAME & DESIGNATION: | BRANDON L. WALTON<br>14-135 MCE |
| NAME OF ATTORNEY: | Michael D. Long, CA SBN 149475<br>901 H Street, #301<br>Sacramento, CA  95814<br>(916) 201-4188 |

REASONS FOR APPLICATION / JUSTIFICATION

I am seeking appointment in the above matter to represent defendant Walton in a motion for compassionate release under the First Step Act due to his high risk for COVID-19 disease, related to other health problems, while in Tucson USP  (18 U.S.C. § 3582(c)(1)(A)(i)).

It is likely that the Office of the Federal Defender is already appointed under the First Step Act General Order, and my appointment is supported by the Federal Defender. I represented Mr. Walton in the underlying case for which he is imprisoned.  Given my familiarity with this complex case and with Mr. Walton's COVID-19 risk factors, my appointment concerning the compassionate release motion would represent the most efficient means of providing competent legal representation in this matter.  I am asking to be re-appointed to this case, *nunc pro tunc* to April 21, 2020, the date I began communicating with Mr. Walton and his family.

I declare under the penalty of perjury that the factual dissertation as set forth above is true and correct to the best of my information and belief and that the compensation requested is constitutionally necessary for due process, a fair sentencing procedure.  Executed at Sacramento, California.

April 30, 2020        /s/ Michael D. Long
                      Michael D. Long

IT IS SO ORDERED.

Dated:   May 4, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE