**MICHAEL D. LONG**
Attorney at Law
California State Bar Number 149475
901 H Street, Suite 301
Sacramento, CA 95814
Telephone:  (916) 201-4188
Facsimile:  (916) 442-8299
Email:        mike.long.law@msn.com

Attorney for Defendant
BRANDON WALTON

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BRANDON WALTON.<br><br>　　　　　Defendant | Case No.:  Cr.S-14-135 MCE<br><br>**ORDER TO FILE UNDER SEAL EXHIBITS C, D AND E TO MOTION FOR COMPASSIONATE RELEASE** |

**ORDER**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** THAT EXHIBITS C, D AND E SHALL BE FILED UNDER SEAL.

**IT IS SO ORDERED.**
**Dated:  September 14, 2020**

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE