**MICHAEL D. LONG**
Attorney at Law
California State Bar Number 149475
901 H Street, Suite 301
Sacramento, CA 95814
Telephone: (916) 201-4188
Facsimile: (916) 442-8299
Email:     mike.long.law@msn.com

Attorney for Defendant
BRANDON WALTON

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>       Plaintiff,<br><br>  vs.<br><br>BRANDON WALTON.<br><br>       Defendant | Case No.: Cr.S-14-135 MCE<br><br>**ORDER TO FILE UNDER SEAL EXHIBITS B, C, F AND K TO MOTION FOR COMPASSIONATE RELEASE** |

**ORDER**

Good cause having been shown, it is hereby ordered that Exhibits B, C, F and K shall be filed under seal.

IT IS SO ORDERED.

Dated: March 3, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE