1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,                 No.  2:14-CR-00135-MCE

12              Plaintiff,

13         v.                                    **ORDER**

14    BRANDON LAMONT WALTON,

15              Defendant.

16

17         Defendant Brandon Lamont Walton ("Defendant") pled guilty to Transportation for

18    Illegal Sexual Activity in violation of 18 U.S.C. § 2421.  He was sentenced on March 16,

      2017, to one hundred twenty (120) months of imprisonment.  This Court previously

19    denied an Emergency Motion to Reduce or Modify Sentence based on the COVID-19

20    pandemic.  ECF No. 98.  Presently before the Court is a new Emergency Motion to

21    Reduce or Modify Sentence he filed on March 2, 2021.  ECF No. 99.  Defendant has not

22    shown any changed circumstances since the Court decided his last Motion, and the

23    Court's prior order is incorporated by reference herein in its entirety.  His current Motion

24    is thus also DENIED.

25         Again, even assuming Defendant's medical conditions are sufficient to qualify him

26    for consideration for release, such release would be absolutely inappropriate both under

27    3553(a) and because Defendant is a danger to the community.  The Court already

28

                                               1

1   adopted the Government's reasoning explaining why:

2
3       In this case, Walton raped Victim S.B. as a means of
        domination over her.  PSR ¶ 10.  He isolated an 18-year old
        girl from her family, cut off her ability to call home, and verbally
4       abused her as a means of control in order to keep her working
        to earn him money.  PSR ¶¶ 4–11.  He was nearly twice her
5       age when he committed this crime.

6       Further undermining his motion for a time-served sentence,
        Walton's prior federal felony conviction was for the same type
        of behavior under the same statute.  PSR ¶ 42.  In connection
7       with that horrendous crime, Walton kidnapped an 18-year old
        girl and repeatedly raped her a knifepoint.  PSR ¶ 42.  When
8       he completed that sentence, Walton repeatedly violated
        supervised release and the Probation Officer reported Walton
9       was an abject failure on supervision.  PSR ¶ 43.  Thus, his past
        criminal history and most-recent offense conduct demonstrate
10      that Walton is a violent, manipulative pimp who has raped at
        least two young girls.  He is not a good candidate for changing
11      his behavior despite being incarcerated in the past for the
        same crime.  Walton therefore cannot demonstrate that he is
12      "not a danger to the safety of any other person or to the
        community."  U.S.S.G. § 1B1.13(2).
13

14  Gov. Opp., ECF No. 91, at 10.  There is simply no way that this Court is releasing this

15  Defendant into the community any earlier than necessary.

16          Having found that Defendant is a danger to the community and having considered

17  all of the factors set forth in 18 U.S.C. § 3553(a), the Court thus concludes that release

18  would be inappropriate.  Defendant's Emergency Motion to Reduce or Modify Sentence.

19  (ECF No. 99) is **DENIED**.

20          **IT IS SO ORDERED**.

21

22

23      Dated:  March 4, 2021

24

25      MORRISON C. ENGLAND, JR
        SENIOR UNITED STATES DISTRICT JUDGE

26

27

28

2